THOMAS E. WINNER
Nevada Bar No. 5168
MATTHEW J. DOUGLAS
Nevada Bar No. 11371
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY WILSON,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | CASE NO.: 2:10-cv-02172-GMN-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between John Greene, attorney for the Plaintiff, TONY WILSON, and Thomas E. Winner, attorney for Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

   IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Page 1 of 3

275627

1  IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above
2  referenced matter.
3  DATED this 26 day of August, 2011.

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102

VANNAH & VANNAH

_____
John Greene
Nevada Bar No. 4279
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorneys for Plaintiff

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059

275627

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

**IT IS SO ORDERED** this 31st day of August, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

ATKIN WINNER & SHERROD, LTD.

/S/ THOMAS E. WINNER
Thomas E. Winner
Nevada Bar No. 5168
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:10-cv-02172-GMN-LRL

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059

275627